# Court of Appeals
# of the State of Georgia

ATLANTA,   March 13, 2013

*The Court of Appeals hereby passes the following order:*

**A13A1010. CARA ANN WILLIAMS v. THE STATE.**

Cara Ann Williams, the defendant in this criminal case, has filed a pro se notice of appeal seeking review of various orders of the trial court in Superior Court of Gwinnett County Case No. 12B01744. The record shows that Williams is represented by counsel and has an appeal currently pending in this matter.

A criminal defendant does not have the right to represent himself or herself while also being represented by an attorney. *Garland v. State*, 283 Ga. 201, 203 (657 SE2d 842) (2008); *Pless v. State*, 255 Ga. App. 95, 96 (564 SE2d 508) (2002). Williams's pro se notice of appeal is, therefore, a nullity and cannot give rise to a valid appeal. *Pless v. State*, 255 Ga. App. at 96 (Pleadings filed pro se when defendant was represented by counsel were void and of no legal effect whatsoever.); see also *Rowland v. State*, 264 Ga. 872 (1) (452 SE2d 756) (1995) ("The proper and timely filing of the notice of appeal is an *absolute requirement* to confer jurisdiction upon the appellate court.") (citation and punctuation omitted; emphasis in original). Because Williams' pro se notice of appeal fails to invoke this Court's jurisdiction, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* 03/13/2013
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*